## H. T. PERRY, Appellant, v. SOUTHWEST DAIRY PRODUCTS CO.
### No. 9424.

Circuit Court of Appeals, Eighth Circuit.
Oct. 25, 1932.

G. W. Hendricks, of Little Rock, Ark., for appellant.

C. H. Moses and J. W. House, both of Little Rock, Ark., for appellee.

PER CURIAM.
Appeal dismissed, at costs of appellant, but without taxation of attorney fee in favor of appellee, per stipulation of parties.

■

## REMINGTON–RAND, Inc., Plaintiff-Appellant, v. UNITED STATES, Defendant-Appellee.
### No. 4942.

Circuit Court of Appeals, Third Circuit.
Jan. 10, 1933.

John E. Hughes, of Chicago, Ill., and Marvel, Morford, Ward & Logan, of Wilmington, Del., for appellant.

Leonard E. Wales, U. S. Atty., of Wilmington, Del. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Ralph E. Updike, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge.
This tax case centers to the narrow question whether "this waiver of the time for making any assessment as aforesaid shall remain in effect until December 31, 1925," expired at midnight of December 30 or covered December 31. The court held the waiver covered the latter date.

The case is discussed in detail in the opinion of the court below [57 F.(2d) 1069]. We could add nothing to what has been so fully and satisfactorily said in that opinion. We therefore limit ourselves to stating that the case is affirmed thereon.

■

## RICHARDS AND CONOVER HARDWARE CO., Appellant, v. KARI-KEEN MANU-FACTURING CO., et al.
### No. 9507.

Circuit Court of Appeals, Eighth Circuit.
Oct. 18, 1932.

Arthur C. Brown, of Kansas City, Mo., and A. C. Paul, of Minneapolis, Minn., for appellant.

W. P. Bair, Will Freeman, and Earl M. Sinclair, all of Des Moines, Iowa, for appellees.

PER CURIAM.
Appeal dismissed, with costs on motion of appellant.

■

## J. K. RIFFEL, Trustee in Bankruptcy, etc., et al., Appellants, v. UNION TRUST COMPANY, Trustee.
### No. 9672.

Circuit Court of Appeals, Eighth Circuit.
Jan. 11, 1933.

A. L. Barber, of Little Rock, Ark., for appellant.

J. F. Loughborough, of Little Rock, Ark., for appellee.

PER CURIAM.
Appeal docketed and dismissed pursuant to stipulation of parties.